UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Marta Hanyzkiewicz, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>– vs. –<br><br>The Hunt NYC LLC,<br><br>Defendant. | DOCKET NO. 23-cv-3040<br>(BMC)<br><br>**STATEMENT PURSUANT TO F.R.C.P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant The Hunt NYC LLC affirms that it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  April 26, 2023

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant